Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

James R. Mugridge, CA SBN 292803
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2500 Tulare Street, Suite 2601
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Petitioner,<br><br>    v.<br><br>MG LUNA, INC.,<br>            Respondent. | Case No.<br><br>**PETITIONER EEOC'S APPLICATION TO SHOW CAUSE WHY ITS SUBPOENA SHOULD NOT BE ENFORCED**<br><br>Date: _____, 2018<br>Time: _____ a.m. / p.m.<br>Judge: _____<br>Courtroom: _____ |

     1.    This is action for enforcement of a subpoena for testimony and a subpoena *duces tecum*, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq. ("Title VII").

2. Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated into Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3. Petitioner and Plaintiff United States Equal Employment Opportunity Commission ("EEOC") is a federal agency charged with the administration, interpretation and enforcement of Title VII, including, *inter alia*, the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent MG Luna, Inc.. ("Respondent") is a corporation that provides farm labor contracting services in and around Fresno, California.

5. Respondent is an employer within the meaning of Title VII.

6. On June 28, 2018, pursuant to its authority under 29 U.S.C. §161, incorporated in Title VII, the EEOC issued to the Respondent EEOC Subpoenas No. Fresno 019-08 and Fresno 019-09 (the "Subpoenas").  The Subpoena Fresno 019-08 requires Respondent to produce information and Subpoena Fresno 019-09 requires Respondent to testify before the EEOC, both are needed as part of EEOC's investigation of the charge of sexual harassment and retaliation, as alleged in Charge No. 485-2017-00404. The Subpoenas were duly served on Respondent on or about November 15, 2018.

7. Respondent failed to produce the information or testimony identified in the Subpoenas and Respondent filed no Petition to Revoke the Subpoenas.

8. The Respondent has refused to comply with the Subpoenas. The EEOC is authorized to seek court aid to compel Respondent's compliance with the Subpoenas. 29 U.S.C. § 161(2), incorporated into Title VII by § 42 U.S.C. § 2000e-9.

9. The Respondent's failure to comply with the Subpoenas has delayed and hampered the EEOC's investigation.

10. The accompanying EEOC's Memorandum of Points and Authorities in Support of Application for Order to Show Cause; Declaration of EEOC Trial Attorney, and Exhibits A-M, filed concurrently herewith, provide factual support for this Application.  The EEOC's Memorandum of Points and Authorities, Declaration of EEOC Trial Attorney, and Exhibits A-M are incorporated by reference into this Application.

///

WHEREFORE, the EEOC prays:

(a) That the Court issue an Order directing Respondent to appear before this Court and to show cause, if any, why an Order should not be issued directing Respondent to comply with the Subpoenas;

(b) That, upon return of the Order to Show Cause, an Order issue directing Respondent to comply with the Subpoena; and

(c) That the EEOC be granted its costs and such further relief as may be necessary and appropriate.

Dated: January 30, 2019            U.S. EQUAL EMPLOYMENT
                                   OPPORTUNITY COMMISSION

                                   By:  /s/ *James Mugridge*
                                        James Mugridge
                                        Attorney for Petitioner EEOC